UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF TEMECULA, ET AL.,<br><br>    Defendant(s). | Case No. EDCV 19-1465-DSF (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which the parties have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) the Motion to Dismiss Portions of the Fourth Amended Complaint is GRANTED and (2) the following are DISMISSED with prejudice and without leave to amend: (a) Claims Nine, Eleven, and Twelve; (b) all Fourteenth Amendment Equal Protection claims set forth in Claims One through Eight, Thirteen, and Seventeen through Eighteen; and (c) all "Doe" defendants with the exception of those listed in Claims Four, Five, Seventeen, and Eighteen. Accordingly, defendants Wade, Ibrahim, Doe 3, and all Doe

1  defendants (except for the Doe defendants identified in Claims Four, Five, Seventeen,
2  and Eighteen), are DISMISSED with prejudice.

4  Dated: August 23, 2021

      HONORABLE DALE S. FISCHER
      United States District Judge

2