UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF TEMECULA, ET AL.,<br><br>　　　　　Defendant(s). | Case No. EDCV 19-1465-DSF (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fifth Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that (1) Plaintiff's Motion for Partial Summary Judgment is DENIED and (2) Plaintiff's Motion to Amend the Fifth Amended Complaint is DENIED.

　　　　IT IS SO ORDERED.

DATED: December 5, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE